**Dismissed and Opinion Filed November 13, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-01387-CV**

### IN THE INTEREST OF E.A.E., A CHILD

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-30016-2009**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Myers
Opinion by Justice FitzGerald

By letter dated October 28, 2013, we advised the parties that the court questions its

jurisdiction over this appeal. We directed appellant to file a letter brief addressing our concern

within ten days. We cautioned appellant that failure to file the requested letter could result in

dismissal of the appeal without further notice. Appellant has not filed a brief or otherwise

communicated with this Court since we issued our October 28, 2013 letter.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(C).

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

131387F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF E.A.E., A CHILD

No. 05-13-01387-CV

On Appeal from the 296th Judicial District Court, Collin County, Texas
Trial Court Cause No. 296-30016-2009.
Opinion delivered by Justice FitzGerald.
Justices Francis and Myers participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal.
It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered November 13, 2013

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE